```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF MISSISSIPPI
                           OXFORD DIVISION


MARY L. RINEHART               |        3:13cv237-NBB-JMV
              Plaintiff        |
                               |
v.                             |
                               |
CONAIR CORPORATION             |
              Defendant        |


CONAIR CORPORATION             |
       Third Party Plaintiff   |
                               |
v.                             |
                               |
HILLWOOD INVESTMENT PROPERTIES |
SERVICES, L.P., et al.         |
     Third Party Defendants    |
_____
MARY L. ALLISON                |
STACY A. LITWA                 |        3:13cv238-NBB-JMV
              Plaintiffs       |
                               |
v.                             |
                               |
CONAIR CORPORATION             |
              Defendant        |


CONAIR CORPORATION             |
       Third Party Plaintiff   |
                               |
v.                             |
                               |
HILLWOOD INVESTMENT PROPERTIES |
SERVICES, L.P., et al.         |
     Third Party Defendants    |
```

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Mary L. Rinehart, Rita G. Allison, improperly identified as Mary L. Allison, and Stacy G. Litwa, improperly

identified as Stacy A. Litwa, hereby agree, pursuant to F.R.C.P. 41(a)(1)(A)(ii), to the dismissal of all claims against Defendant, Conair Corporation with prejudice and with each party bearing his, her and its own costs and fees, and

Third Party Plaintiff, Conair Corporation, hereby agrees, pursuant to F.R.C.P. 41(a)(1)(A)(ii), to the dismissal of all claims against Third Party Defendants, Hillwood Investment Properties Services, L.P., Hillwood Construction Services, L.P., and Reaves Firm Incorporated, with prejudice and each party bearing its own costs and fees.

WHEREFORE, PREMISES CONSIDERED, the claims against Defendant Conair Corporation are hereby dismissed with prejudice, and the claims against Third Party Defendants, Hillwood Investment Properties Services, L.P., Hillwood Construction Services, L.P., and Reaves Firm Incorporated are hereby dismissed with prejudice, with each party bearing his, her, and its own costs and fees.

SO STIPULATED, this the 29th day of July, 2014.

Respectfully submitted,

*s/ Kelly D. Simpkins*
Kelly D. Simpkins
Counsel for Defendant Conair Corporation

*s/ Christian A. Goeldner*
Christian A. Goeldner
Counsel for Plaintiffs

    *s/ Simon Bailey*
Simon Bailey
Counsel for Hillwood Investment
Property Services, L.P. and Hillwood
Construction Services, L.P.

    *s/ Scott Ellzey*
Scott Ellzey
Counsel for Reaves Firm Incorporated

3